# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2025

## NO. 03-24-00040-CV

**Lucy Yang, Appellant**

**v.**

**Thomas Lyons, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order dismissing the appeal below signed by the county court at law on December 19, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order dismissing the appeal below. Therefore, the Court reverses the county court at law's order and remands the case to the county court at law for further proceedings. Each party shall pay costs of appeal incurred by that party, both in this Court and in the court below.